HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONATO VALLE VEGA,<br>Defendant. | CASE NO. CR10-5629<br>VERDICT FORM |

1. As to Count 1 of the Superseding Indictment (Possession With Intent to Distribute Cocaine), we, the jury, unanimously find the defendant, Donato Valle Vega (mark one):

   _____ Not Guilty     ✓ Guilty

2. As to Count 2 of the Superseding Indictment (Possession With Intent to Distribute Methamphetamine), we, the jury, unanimously find the defendant, Donato Valle Vega (mark one):

   _____ Not Guilty     ✓ Guilty

If you find the defendant guilty on either Count 1 or Count 2, proceed to question 3, below.

3. We, the jury, having found the defendant guilty of the offense charged in Count 1 of the Superseding Indictment (Possession of Cocaine with Intent to Distribute), further unanimously find that the amount of cocaine was (place an X in the appropriate box):

(i) At least 500 grams [✓]

(ii) Less than 500 grams [ ]

We, the Jury, having found the defendant guilty of the offense charged in Count 2 of the Superseding Indictment (Possession with Intent to Distribute Methamphetamine), further unanimously find that the amount of the mixture and substance containing methamphetamine was (place an X in the appropriate box):

(i) At least 500 grams [✓]

(ii) At least 50 grams [ ]

(iii) Less than 50 grams [ ]

If you find the defendant not guilty (or are unable to unanimously agree) on either Count 1 or Count 2, proceed to questions 4 and/or 5, below.

4. We the jury, having found the defendant not guilty of Count 1, Possession with Intent to Distribute Cocaine, or being unable to unanimously agree to that charge, find as to the lesser included offense of Possession of Cocaine:

_____ Not Guilty _____ Guilty

5. We the jury, having found the defendant not guilty of Count 2, Possession with Intent to Distribute Methamphetamine, or being unable to unanimously agree to that charge, find as to the lesser included offense of Possession of Methamphetamine:

_____ Not Guilty _____ Guilty

Dated this 26 day of October, 2012.

PRESIDING JUROR